7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Robert Travis Mabry and Patricia Darlene Mabry (Trnsfrd to Western Div) –BELOW MED – *Debtor* | *Bankruptcy Case No.* 14–20466–drd13 |
| **BMW Services, Inc.**<br>     Plaintiff(s) | *Adversary Case No.* 14–04091–drd |
| v. | |
| **Patricia Darlene Mabry**<br>     Defendant(s) | |

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: The Court finds and orders that Defendants debts to Plaintiff BMW Services, Inc., in an amount of $99,000.00 are excepted from discharge pursuant to 11 U.S.C. § 523(a)(2) and/or 11 U.S.C. § 523(a)(4). The Court orders that Plaintiff BMW Services, Inc., shall have judgment against Defendant Patricia Darlene Mabry Plaintiff in the amount of $99,000.00. Plaintiffs costs of this action are assessed to Defendant.



Ann Thompson
Court Executive

By: /s/ Kristina D. Richardson
     Deputy Clerk

Date of issuance: 10/27/14

Court to serve